**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          v.<br><br>DANIEL ROSADO,<br><br>          Defendant. | Criminal No. 19-cr-10219-LTS |

## REPORT IN LIEU OF FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(c)

Cabell, U.S.M.J.

On October 26, 2019, the parties requested that the case be transferred to the District Judge for a pretrial conference but asked that the conference be scheduled at least three weeks out to give the defendant and his counsel time to consult. The court has since scheduled the pretrial conference for November 25, 2019. Accordingly, no further status conferences are necessary before me and I report as follows:

**Local Rule 116.5(c)(1) – Whether the Defendant Requests a Rule 11 Hearing**

The defendant does not request a Rule 11 hearing.

**Local Rule 116.5(c)(2)(A) – Status of Discovery**

The government has provided automatic discovery and there are no pending discovery requests.

**Local Rule 116.5(c)(2)(C): Whether all Motions under Rule 12(b) Have Been Filed**

No dispositive motions have been filed and none are anticipated.

**Local Rule 116.5(c)(2)(D) – The Status of Excludable Time**

The court has issued orders in the aggregate excluding the time from this defendant's arraignment to the date of the pretrial conference.  Accordingly, 70 days will remain when and if the pretrial conference is held as scheduled.

**Local Rule 116.5(c)(2)(E) and (c)(3): Estimate of Trial and Miscellaneous Matters**

The parties estimate that a trial would last 7-10 days.  There are no other matters specific to the case that would assist the District Judge upon transfer.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED:  October 29, 2019